UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD PEARCE, individually and as named
beneficiary and next of kin to Carrie J. Hall -
deceased,

                       Plaintiff,

-vs-                                        Case No.   2:09-cv-793-FtM-29SPC

ZURICH AMERICAN INSURANCE COMPANY,

                       Defendant.
_____

**ORDER**

This matter comes before the Court on the Unopposed Motion to Extend Case Management and Scheduling Order (Doc. #23) filed on September 3, 2010. The Plaintiff, Edward Pearc, individually, and as named Beneficiary and Next of Kin ot Carrie J. Hall, deceased, requests an extension to the deadlines cited in the Case Management Order entered by this Court on February 3, 2010.

The parties have agreed that it is in the best interest of the parties to extend the mediation, disclosure of expert reports and discovery deadlines. The parties are currently engaged in discovery in an attempt to resolve an issue that has arisen regarding coverage which will greatly narrow the issues in the lawsuit and possibly place the cause in a posture for early resolution. For good cause show, the Court will extend the deadlines as outlined below.

Accordingly, it is now

**ORDERED:**

Unopposed Motion to Extend Case Management and Scheduling Order (Doc. #23) is **GRANTED**. The deadlines will be extended as follows:

| Disclosure of Expert Reports: | Plaintiff: | NOVEMBER 22, 2010 |
|---|---|---|
| | Defendant: | DECEMBER 22, 2010 |
| Discovery Deadline | | MARCH 23, 2011 |
| Mediation Deadline: | | DECEMBER 1, 2010 |

All other deadlines shall remain unchanged.

**DONE AND ORDERED** at Fort Myers, Florida, this __7th__ day of September, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record